ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
E-Mail: rgrant@braytonlaw.com
BRAYTON✥PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM STAMP and CHRISTY CAMACHO, <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC., et al. <br><br> Defendants. | No. Case No. 3:12-cv-04111-JSW <br><br> STIPULATION TO DISMISS DEFENDANT SPIRAX SARCO, INC. AND REMAND CASE TO CALIFORNIA SUPERIOR COURT <br><br> **AND ORDER THEREON** |

Comes now Plaintiffs WILLIAM STAMP and CHRISTY CAMACHO, ("Plaintiffs") and Defendant SPIRAX SARCO, INC. ("SPIRAX"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant SPIRAX removed this case to the United States District Court for the Northern District of California on August 3, 2012, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a)(1); and

WHEREAS, Defendant SPIRAX was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal; and

///

1  WHEREAS, Plaintiffs and Defendant SPIRAX, the affected parties, have now agreed
2  that Plaintiffs will dismiss SPIRAX from this action without prejudice; and
3  WHEREAS, Defendant SPIRAX'S desire for a federal forum for this action is now
4  moot given the dismissal without prejudice of Plaintiffs' claims against it; and
5  WHEREAS, pursuant to this resolution of the parties, Plaintiffs' and Defendant
6  SPIRAX seek to have this action remanded to state court;
7  IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant
8  SPIRAX, that the claims against Defendant SPIRAX shall be, and hereby are, dismissed
9  without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this
10 action shall be immediately remanded to the Alameda County Superior Court, Case No.
11 RG12624435, the court in which it was originally filed and from which it was removed.

DATED: August 7, 2012        BRAYTON❖ PURCELL LLP

By: _____
Richard M. Grant (SBN 55677)
Attorneys for Plaintiff

DATED: August 7, 2012        TUCKER ELLIS LLP

By: _____
Lance D. Wilson (SBN 183852)
Attorneys for Defendant
SPIRAX SARCO, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant SPIRAX SARCO, INC. is dismissed without prejudice and this case is REMANDED to the Superior Court of California, County of Alameda Case. No. RG12624435. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of Alameda.

Dated: August 8, 2012

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

K:\Injured\117180\FED\PLD\stp-dwop-remand-SPISAR.wpd                    2
STIPULATION TO DISMISS DEFENDANT SPIRAX SARCO, INC. AND REMAND CASE TO CALIFORNIA SUPERIOR COURT; 3:12-cv-04111-JSW